FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2014 APR -1  AM 11: 45

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

                                                                                                  SUPERSEDING INFORMATION

vs.                                      NO.:     1:13CR-24-JHM
                                                                         18 U.S.C. § 2343(b)
                                                                          18 U.S.C. § 2344(B)
TANTUS TOBACCO, LLC                         18 U.S.C. § 2

The United States Attorney charges:

## COUNT 1

From on or about October, 2007, to on or about July, 2008, in the Western District of Kentucky and the Northern District of Mississippi, TANTUS TOBACCO, LLC, defendant herein, did knowingly and intentionally make and cause to be made materially false statements as to information required by regulation to be kept by a person who ships, sells and distributes any quantity of cigarettes in excess of 60,000 (10,000 after March 9, 2006), that is, defendant did knowingly cause another person to make materially false statements and representations to the Bureau of Alcohol, Tobacco & Firearms, the Tobacco Tax and Trade Bureau, the United States Attorney General and the Mississippi State Tax Commission by and through the data contained upon the monthly tobacco excise tax returns as to beginning and ending inventory of cigarettes, the total quantity of cigarettes received and the total quantity of cigarettes distributed, each

required to be made pursuant to Title 18 United States Code, § 2343(b)(1)-(3), and 27 C.F.R. § 646.147, all in violation of Title 18, United States Code, §§ 2342(b), 2344(b) and 2.

## FORFEITURE NOTICE

As a result of committing the offenses in violation of Title 18, United States Code, Sections 2342 and 2344, as alleged in Count One of this Superseding Information, the defendant, TANTUS TOBACCO, LLC, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property constituting, or derived from proceeds defendant obtained, directly or indirectly, as a result of these offenses alleged in Count One of this Superseding Information. The property subject to forfeiture includes but is not limited to the following:

MONEY JUDGMENT:

A sum of money including but not limited to approximately four hundred ninety thousand dollars ($490.000.00), representing the amount of proceeds obtained as a result of the offenses alleged in Count One of this Superseding Information.

If any of the property described above, as a result of any act or omission of the defendant:

(1)　cannot be located upon the exercise of due diligence;

(2)　has been transferred or sold to, or deposited with, a third party;

(3)　has been placed beyond the jurisdiction of the court;

(4)　has been substantially diminished in value; or

(5)　has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the total value of any property described above.

                                                  DAVID J. HALE
                                                  UNITED STATES ATTORNEY

UNITED STATES OF AMERICA v. **TANTUS TOBACCO, LLC**

## PENALTIES

Count 1: $500,000/NM 5 yrs. Probation/$400 SPA (Organization)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY   40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY   42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY   42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY   42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.